IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXECWARE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-562 (LPS/SRF) |
| | ) |
| WILLIAMS-SONOMA INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims asserted between plaintiff Execware, LLC and defendant Williams-Sonoma Inc. in the above-captioned action are hereby dismissed WITH PREJUDICE by agreement of the parties pursuant to Rules 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| /s/ *Richard D. Kirk* | /s/ *Julia Heaney* |
| Richard D. Kirk (#922) | Mary B. Graham (#2256) |
| Stephen B. Brauerman (#4952) | Julia Heaney (#3052) |
| Vanessa R. Tiradentes (#53980) | 1201 N. Market Street |
| 222 Delaware Avenue | P.O. Box 1347 |
| Suite 900 | Wilmington, DE 19899-1347 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 655-5000 | mgraham@mnat.com |
| rkirk@bayardlaw.com | jheaney@mnat.com |
| sbrauerman@bayardlaw.com | *Attorneys for Defendant Williams-Sonoma Inc.* |
| *Attorneys for Plaintiff Execware, LLC* | |

| | |
|---|---|
| OF COUNSEL | OF COUNSEL: |
| Marc A. Fenster<br>Fredricka Ung<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>(310) 826-7474 | Christopher P. Broderick<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017-5855<br>(213) 629-2020<br><br>Karen G. Johnson-McKewan<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>(415) 773-5700<br><br>Christina Von der Ahe<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>2050 Main Street<br>Suite 1100<br>Irvine, CA 92614-8255<br>(949) 567-6700 |

May 10, 2013
7198197

    SO ORDERED this _____ day of May, 2013.

                                                        _____
                                                        U.S.D.J.